# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160658(153)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TAXPAYERS FOR MICHIGAN
CONSTITUTIONAL GOVERNMENT, STEVE
DUCHANE, RANDALL BLUM, and SARA
KANDEL,
      Plaintiffs-Appellants,

v

                                                SC: 160658
                                                COA: 334663

STATE OF MICHIGAN, DEPARTMENT OF
TECHNOLOGY, MANAGEMENT AND
BUDGET and OFFICE OF AUDITOR
GENERAL,
      Defendants-Appellees.
_____/

      On order of the Chief Justice, the motions of defendants-appellees for immediate consideration and to extend the time for filing their answer to the application for leave to appeal are GRANTED. The answer will be accepted as timely filed if submitted on or before January 21, 2020.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2019             

                                            Clerk